**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 26-5800 JMR | UNITED STATES vs. RAMIREZ | |
| Hearing Date: | Tuesday, November 3, 2026 | Time In and Out: | 9:45-10:37 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Pecos |
| Defendant: | Angel Ramirez | Defendant's Counsel: | Donald Kochersberger |
| AUSA: | Oliver Stephanz | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | Fernando Molina |

**Initial Appearance**

| | | | |
|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☐ | Defendant | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☒ | Preliminary Hearing held. Government calls DEA Agent Fernando Molina (sworn)/conducts direct examination; Court questions witness; Government continues direct examination; Defense counsel conducts cross examination; Court questions witness; Defense counsel continues cross examination; Government conducts redirect; Court excuses witness from the stand. Government argues probable cause. Defense counsel responds. | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☒ | Government objects to recommendation of USPTS and argues for detention. Defense counsel responds, requests third-party release to Defendant's parents' home. |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant remanded to the custody of United States Marshal's Service | |
| ☐ | Conditions | |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to for Final Revocation Hearing |
| ☐ | |